SEYFARTH SHAW LLP
Myra B. Villamor (SBN 232912)
mvillamor@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Defendant
EDDIE BAUER LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYO HAK CHU, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EDDIE BAUER LLC, a Delaware corporation; and DOES 1 to 10, inclusive<br><br>Defendants. | Case No. 4:19-cv-04182-KAW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT EDDIE BAUER LLC TO RESPOND TO COMPLAINT**<br><br>Date Action Filed:       July 19, 2019<br>Current Response Date: August 30, 2019<br>New Response Date:    September 27, 2019 |

Pursuant to Local Rule 6-1(a), Plaintiff KYO HAK CHU ("Plaintiff") and Defendant EDDIE BAUER LLC ("Defendant"), by and through their respective counsel, hereby stipulate to extend the time for Defendant to answer or otherwise respond to Plaintiff's Complaint by twenty-eight (28) days, until and including September 27, 2019. Defendant requests the additional time to complete its investigation.  There are no status conferences or hearings scheduled that will be affected by this stipulation.  This stipulation is made in good faith and not for the purpose of causing unwarranted delay. This is Defendant's first request for an extension.

IT IS SO STIPULATED.

58627547v.1

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Myra B. Villamor, attest that concurrence in the filing of the document has been obtained from Plaintiff's counsel, and that Plaintiff's counsel agreed to this stipulated extension.

DATED: August 27, 2019                SEYFARTH SHAW LLP


By: _____/s/ *Myra B. Villamor*_____
       Myra B. Villamor
       Attorneys for Defendant
       EDDIE BAUER LLC

DATED: August 27, 2019                WILSHIRE LAW FIRM


By: _____/s/ *Thiago M. Coelho*_____
       Thiago M. Coelho
       Attorneys for Plaintiff
       KYO HAK CHU