UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYO HAK CHU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDDIE BAUER LLC,<br><br>　　　　　Defendant. | Case No.  19-cv-04182-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS**<br><br>Re: Dkt. No. 13 |

　　　　On October 25, 2019, Plaintiff filed a notice of settlement of his individual claim.  (Dkt. No. 13.) Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.  To the extent Plaintiff seeks to dismiss the class claims, Plaintiff must address the *Diaz* factors.  *Diaz v. Tr. Territory of Pac. Islands*, 876 F.2d 1404, 1408 (9th Cir. 1989) (listing factors the court must inquire into to determine whether there is prejudice to the class members from dismissal of the class claims).

　　　　The Court VACATES the November 19, 2019 case management conference.

　　　　IT IS SO ORDERED.

Dated: November 12, 2019

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge